**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | : | Misc. Case No. 2:26-mc-74 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NXTLVL, LLC | : | |
| | : | |
| Non-Party Subpoena Recipient. | : | |
| | : | |
| ----------------------------------------------- | : | ----------------------------------------------- |
| PEGGY BANKS, individually and on behalf of all others similarly situated, | : | Underlying Action Pending in the U.S. District Court for the Northern District of California |
| | : | |
| Plaintiff | : | |
| | : | Case No. 4:24-cv-07877-JST |
| v. | : | |
| | : | Hon. Jon S. Tigar |
| SUNRUN INC. | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING**

**PLAINTIFF PEGGY BANKS'S MOTION TO COMPEL**

**PRODUCTION OF DOCUMENTS PURSUANT TO RULE 45 SUBPOENA**

AND NOW, this _____, 2026, upon consideration of Plaintiff Peggy Banks's

Motion to Compel Production of Documents Pursuant to Rule 45 Subpoena, it is hereby

**ORDERED** that the Motion is **GRANTED**. Third-Party NXTLVL, LLC shall produce all

documents responsive to Plaintiff's Rule 45 Subpoena, together with a privilege log identifying

1

with particularity any document withheld on the basis of privilege, within fourteen (14) days of

the date of this Order.

BY THE COURT:

_____
, J.