AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:24-cv-07877

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NXTLVL, LLC on *(date)* May 8, 2026.

[X]   I served the subpoena by delivering a copy to the named individual as follows: _____ on *(date)*
Mon, May 11 2026; or

[ ]   I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 5-11-26

_____
*Server's signature*

Stephen Kempski
_____
*Printed name and title*

364 E. Main Street Suite 309, Middletown , DE 19709
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 11, 2026, 9:41 am EDT at Corporate: 8 The Green, Dover, DE 19901 received by Alyssa Daniels. Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Document Specialist;