## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | : | Misc. Case No. 2:26-mc-74 |
| Plaintiff, | : | |
| v. | : | |
| NXTLVL, LLC | : | |
| Non-Party Subpoena Recipient. | : | |

------------------------------------------------

| | | |
|---|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | : | Underlying Action Pending in the U.S. District Court for the Northern District of California |
| Plaintiff | : | |
| v. | : | Case No. 4:24-cv-07877-JST |
| SUNRUN INC. | : | Hon. Jon S. Tigar |
| Defendant. | : | |

### ORDER GRANTING

### PLAINTIFF PEGGY BANKS'S MOTION TO COMPEL

### PRODUCTION OF DOCUMENTS PURSUANT TO RULE 45 SUBPOENA

AND NOW, this 12th day August, 2026, upon consideration of Plaintiff Peggy Banks's Motion to Compel Production of Documents Pursuant to Rule 45 Subpoena, it is hereby **ORDERED** that the Motion is **GRANTED**. Third-Party NXTLVL, LLC shall produce all documents responsive to Plaintiff's Rule 45 Subpoena, together with a privilege log identifying

1

with particularity any document withheld on the basis of privilege, within fourteen (14) days of

the date of this Order.

BY THE COURT:

_____
, J.